AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**FILED**
FEB - 5 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| William Curtis Atwell | ) Case No. |
|  | ) 2:26-mj-00020 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 23, 2026** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an unregistered firearm/destructive device |

This criminal complaint is based on these facts:

On January 23, 2026, William Curtis Atwell possessed a destructive device which was a pipe bomb. Atwell sold the pipe bomb to another person, when he explained it was "packed tight" and "all you gotta do is light that." This occurred in Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia. The pipe bomb was not registered to him in the National Firearms Registration and Transfer Record.

☐ Continued on the attached sheet.

*Complainant's signature*

Jason Berty, Senior Special Agent ATF
*Printed name and title*

Sworn telephonically (reliable electronic means) by me.

Date: Feb. 4, 2026

*Judge's signature*

City and state: Charleston, West Virginia     Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*